UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,                           No. CIV-S-05-0455 MCE/PAN

    Plaintiff,

  v.                                        **ORDER RE: SETTLEMENT AND DISPOSITION**

GHOLAM ALI LIAGHAT and
DOES 1 through 10, inclusive,

    Defendants.
_____/

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled.

    In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before November 21, 2005.

///
///
///
///
///
///
///

1     Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4     IT IS SO ORDERED.
5 DATED: October 20, 2005

```
                                  _____
                                  MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE
```